IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS ABSTON and <br> JENNIFER ABSTON, <br><br>     Plaintiffs, <br> v. <br><br> PREMIER CREDIT OF NORTH AMERICA, <br> LLC, and AUBORN L. HAGER, <br><br>     Defendants. | Case No.: 3:18-cv-00113 <br><br> Judge William L. Campbell, Jr, <br> Magistrate Judge Holmes |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant, Premier Credit of North America, LLC ("Premier Credit"), respectfully submits its Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint. As grounds therefore, Premier Credit provides the following:

1. Premier Credit requests additional time to respond to Plaintiffs' Complaint.

2. Premier Credit's counsel and Plaintiffs' counsel conferred on February 28, 2018 and Plaintiffs' counsel has no objection to extending the deadline for filing a response to Plaintiffs' Complaint to **March 30, 2018**.

3. Granting of this motion is within the discretion of the Court and would not unduly prejudice any of the parties.

WHEREFORE, Premier Credit of North America, LLC respectfully requests that this honorable Court grant an extension of time to **March 30, 2018** for Premier Credit to file its response to Plaintiffs' Complaint.

1

Respectfully submitted,

s/ Benjamin M. Katz
Benjamin M. Katz (BPR 033671)
Frost Brown Todd LLC
150 3rd Avenue South, Suite 1900
Nashville, Tennessee  37201
615.251.5550
Facsimile: 615.251.5551
bkatz@fbtlaw.com
*Counsel for Defendant Premier Credit of North America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on March 1, 2018, filed the foregoing with the Court's electronic filing system, which will send a copy to all parties indicated on the electronic filing receipt or as follows. Parties may access this filing through the Court's electronic filing system.

Brent S. Snyder, Esq.
2125 Middlebrook Pike
Knoxville, TN  37921
Brentsnyder77@gmail.com
*Attorneys for Plaintiff*

s/ Benjamin M. Katz