IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICHOLAS ABSTON<br>and JENNIFER ABSTON<br><br>v.<br><br>PREMIERE CREDIT OF NORTH<br>AMERICA, LLC and<br>AUBORN L. HAGER, III | )<br>)<br>)<br>)   NO. 3:18-0113<br>)   Trauger/Holmes<br>)<br>)<br>) |

**O R D E R**

This civil action was filed on February 5, 2018, and by Notice issued by the Clerk on February 6, 2018 (Docket Entry No. 5), an initial case management conference was scheduled before the undersigned for April 9, 2018.

Pending are two unopposed motions for extension of time to answer, Docket Entry Nos. 9 and 11. Both motions are GRANTED.

By Order entered March 2, 2018, Docket Entry No. 12, this case was transferred to the Honorable Aleta A. Trauger, District Judge. Because Judge Trauger handles her own case management, there will be no further proceedings before the Magistrate Judge unless otherwise ordered by Judge Trauger. The initial case management conference scheduled for April 9, 2018, is CANCELLED to be rescheduled by Judge Trauger.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge