**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **NICHOLAS ABSTON and** | ) | |
| **JENNIFER ABSTON** | ) | |
| **Plaintiffs,** | ) | Case No. 3:18-cv-00113 |
| | ) | |
| **v.** | ) | Judge Trauger |
| | ) | Magistrate Judge Holmes |
| **PREMIERE CREDIT OF NORTH** | ) | |
| **AMERICA, LLC, and AUBORN** | ) | |
| **L. HAGER, III** | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and the Defendants, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiffs against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own fees, costs, and expenses.

Respectfully submitted this 1st day of May, 2018.

/s/  Brent S. Snyder
**BRENT S. SNYDER, #21700**
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
Brentsnyder77@gmail.com
Attorney for Plaintiffs

/s/  Benjamin, M. Katz
**BENJAMIN M. KATZ, #33671**
**FROST BROWN TODD, LLC**
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
(615)251-5550

bkatz@fbtlaw.com
Attorney for Defendant Premier Credit
of North America, LLC


/s/ Auborn L. Hager, III
**AUBORN L. HAGER, III,** *pro se*
Auborn L. Hager, III
100 Centerview Drive, Suite 220
Nashville, TN 37214


## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

/s/  Brent S. Snyder
Brent S. Snyder, Attorney for Plaintiff